07 65 0 24

# EXHIBIT A

# CERTIFICATE SPECIFICATIONS

| | | | |
|---|---|---|---|
| Insured Member | MARLIN D COLDREN | Certificate Number | 4129885 |
| Issue Date | Apr 13 1992 | Court Number | 1084 |
| Maturity Date | Apr 13 2037 | Issue Age | 50 Male |
| Insurance Class | Standard | Certificate Type | Level |
| Rating Class | Standard | Currency | United States |

## Schedule of Benefits

Flexible Premium Adjustable Life
Face Amount      $20,000.00      Minimum Face Amount      $20,000.00

Minimum Payment      $35.00

Monthly Target Premium      $43.38      Initial Premium      $0.00
Planned Monthly Premium      $43.38

Guaranteed Minimum Interest Rate  4.00%    Monthly Expense Charges    $7.00

Beneficiary as shown in the application unless changed by amendment.

A fee of $25.00 will be deducted from each partial surrender amount.

Interest in excess of the guaranteed rate will be paid on the portion of the cash value which exceeds any debt under the certificate.

On a surrender, either full or partial, we reserve the right to deduct from the surrendered amount an additional surrender charge not greater than the excess interest credited to the amount surrendered during the 12 months preceding any surrender.

Additional premiums may be required to provide coverage to the maturity date if premiums paid and interest credited are not sufficient to continue coverage to maturity. In addition, if coverage continue to maturity, there may be little or no cash surrender value to be paid at maturity.

Based on guaranteed interest and mortality and assuming all planned premiums are paid, this certificate will expire on Dec 13 2009 .

## CERTIFICATE SPECIFICATIONS

| Riders | First Year Monthly Deduction | Rider Effective Date | Termination Date |
|---|---|---|---|
| Waiver of Monthly Deductions | $2.06 | Apr 13 1992 | Apr 13 2002 |

### Table of Monthly Guaranteed

### Cost of Insurance Rates Per $1000

| Age | Rate | Age | Rate | Age | Rate | Age | Rate |
|---|---|---|---|---|---|---|---|
| 50 | 0.8000 | 62 | 2.3300 | 73 | 6.0900 | 84 | 14.8900 |
| 51 | 0.8700 | 63 | 2.5600 | 74 | 6.6700 | 85 | 16.0800 |
| 52 | 0.9600 | 64 | 2.8100 | 75 | 7.3200 | 86 | 17.2700 |
| 53 | 1.0500 | 65 | 3.0900 | 76 | 7.9900 | 87 | 18.4600 |
| 54 | 1.1600 | 66 | 3.3700 | 77 | 8.6800 | 88 | 19.7700 |
| 55 | 1.2700 | 67 | 3.6700 | 78 | 9.3700 | 89 | 21.0900 |
| 56 | 1.4000 | 68 | 3.9800 | 79 | 10.0900 | 90 | 22.4300 |
| 57 | 1.5200 | 69 | 4.3100 | 80 | 10.8600 | 91 | 23.8200 |
| 58 | 1.6600 | 70 | 4.6800 | 81 | 11.7100 | 92 | 25.3300 |
| 59 | 1.8000 | 71 | 5.0900 | 82 | 12.6700 | 93 | 27.3100 |
| 60 | 1.9600 | 72 | 5.5600 | 83 | 13.7400 | 94 | 29.9400 |
| 61 | 2.1300 | | | | | | |

MARLIN D COLDREN                                    4129885 Apr 13 1992