07C50242

# EXHIBIT B

**IOF FORESTERS**

THE INDEPENDENT ORDER OF FORESTERS
International Headquarters
789 Don Mills Road, Don Mills, ON M3C 1T9
Telephone: (416) 429-3000 Fax: (416) 429-3896
Toll-free: CAN 1-800-268-6091
US 1-800-828-1540
US Mailing Address:
P.O. Box 179, Niagara Square Station
Buffalo, NY 14201-0179

FILED DEC 23 1999

## Change of Beneficiary

I, MARLIN D. COLDREN, a member of Court No. 1084 in the Province or State of ILLNOIS holding Certificate No. 429885, do hereby revoke all former designation of beneficiaries thereunder and do hereby declare that all sums falling due thereunder on and after my death shall be paid as they respectively fall due to:

PRIMARY ROBERT LEE COLDREN   35   Son

| Name and Address | Age | Relationship | % |
|---|---|---|---|
| 2429 Hy WAY 411 North ETOWAH, TN. 37331 | | | |

CONTINGENT

| Name and Address | Age | Relationship | % |
|---|---|---|---|
| Dusty Coldren Forest Hills apts. apt 412 Athens, TN. 37303 | 11 | Grand Son | |

To the fullest extent permitted by the laws applicable, I reserve the right to change or revoke this designation of beneficiary.

Dated at 3210 11th St. Rockford, IL 61109 this 14 day of May 1999

_Veronica S. Ryan_
Witness – not a beneficiary

_Marlin D. Coldren_
Signature of member

6766 11th St Room 43
Street and No. of member

Rockford, IL 61109
City    Province/State    Postal/Zip Code

Please check if this is a new address: ☒ Yes  ☐ No

*Complete in duplicate – International Headquarters will return one copy to be attached to the certificate.*

---

### ACKNOWLEDGEMENT BY THE IOF

The Independent Order of Foresters acknowledges receipt of the foregoing instrument at its International Headquarters and records the change of beneficiary therein provided.

EXECUTIVE SECRETARY
_J. Ray_

MAY 3 1 1999

100305  OF - 14 (10/97)

## THE INDEPENDENT ORDER OF FORESTERS

### Assignment of Interest of Beneficiary

(only required if beneficiary is irrevocable)

FOR VALUE RECEIVED I (we) the beneficiary(ies) of under Benefit Certificate No. __4129985__

issued by The Independent Order of Foresters on the life of __MARLIN D. COLDREN__

a member of The Independent Order of Foresters hereby transfer, assign and set over unto the said member the said Benefit Certificate and all my (our) right, title and interest therein and all claims and demands whatsoever upon or in respect thereof or in to the monies ultimately payable thereunder.

Dated at __3210 11th St. Rockford, IL 61109__ this __14th__ day of __May__ 199_9_

_____ (SEAL)

_____ (SEAL)

---

State/Province of __IL__

County of __Winnebago__

On this __14th__ day of __May__ 199_9_ before me personally appeared the above-named __Marlin D. Coldren__ personally known to me and duly acknowledged the execution of the above instrument.

__Veronica S. Nygren__ (SEAL)

"OFFICIAL SEAL"
VERONICA S. NYGREN
Notary Public, State of Illinois
My Commission Expires 12/19/00

N.B.: This assignment must be acknowledged before a Commissioner for Oaths, Notary Public, Justice of the Peace or other official who is able to attach his stamped seal of office thereon.

**REQUIRED PAYEE INFORMATION. THIS SECTION MUST ALWAYS BE COMPLETED IN FULL.** (Please Print)

Payee's Name _MARLIN COLDREN_ Date of Birth _10-21-41_ Social Security or Taxpayer ID # _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_

Address _204 GoLD River ave Rockford Il, 61102_ Telephone # _815-963-5075_
STREET  CITY  STATE  ZIP CODE

If the taxpayer ID or Social Security number is not supplied, the policy(ies) may be subject to federal and state withholding. Under the penalties of perjury, I certify that the information supplied on this form is true, correct, and complete, and that I am not subject to backup withholding either because I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified me that I am no longer subject to backup withholding.

X _Marline Coldren_  _5·10·99_
PAYEE'S SIGNATURE - SIGN AS YOU WOULD ON ON CHECKS        DATE