**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| **THE INDEPENDENT ORDER OF FORESTERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **No.: 07-C-50242** |
| ) | |
| **THE ESTATE OF SUSAN COLDREN, and** ) | |
| ) | |
| **DUSTIN COLDREN** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER TO DEPOSIT ADMITTED LIABILITY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that leave is given to The Independent Order of Foresters to deposit into the Registry of this Court its admitted liability in the amount of $20,000. The Clerk of this Court is hereby, upon entry of this Order, directed to receive said sum, issue its receipt for same, and hold said sum pending further order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court is further directed to deposit the aforesaid sum into an interest bearing account, in keeping with the Clerk's normal practice, pending further order of this Court. No withdrawal from this deposit may be had without order of this Court.

**DATED:** _____     **ENTERED:** _____
                                                              **Judge**