IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **THE INDEPENDENT ORDER OF FORESTERS,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | No.: 07-C-50242 |
| **THE ESTATE OF SUSAN COLDREN, and** | ) ) ) | |
| **DUSTIN COLDREN** | ) ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

**To:**   Theodore Liebovich, Esq          Dustin Coldren
         Liebovich & Weber, P.C.           402 Scott Street
         415 S. Mulford Road               Sweetwater, TN 37874-2720
         P.O. Box 6066
         Rockford, IL  61125-1066

    **PLEASE TAKE NOTICE** that on the **9th** day of **January, 2008**, at **1:30 p.m.** or as soon thereafter as this motion may be heard, I shall appear before the Honorable **Judge P. Michael Mahoney** or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the Northern District of Illinois, Western Division, **Room 206**, and then and there present the attached **The Independent Order of Foresters Motion to Deposit Its Admitted Liability,** a copy of which is attached hereto and hereby served upon you.

    **DATED** this **19th** day of **December, 2007.**

    Respectfully submitted,

    THE INDEPENDENT ORDER OF FORESTERS**,**

    By:   __/s/Morgan J. Milner___
           One of its Attorneys

Donald A. Murday
Morgan J. Milner
Chittenden, Murday & Novotny LLC
303 W. Madison Street
Suite 1400
Chicago, IL 60606
(312) 281-3600

O:\FO104\41045-Coldren\PLDGS\NOM - Mot to Deposit.doc

## CERTIFICATE OF SERVICE

     I, an attorney, certify that I served the foregoing Notice of Motion upon all attorneys of record as follows:

| | |
|---|---|
| Theodore LIebovich, Esq | Dustin Coldren |
| Liebovich & Weber, P.C. | 402 Scott Street |
| 415 S. Mulford Road | Sweetwater, TN 37874-2720 |
| P.O. Box 6066 | |
| Rockford, IL  61125-1066 | |

by enclosing a copy in a sealed, correctly addressed, first-class postage prepaid envelope and depositing same in the U.S. Mail at 303 West Madison Street, Chicago, Illinois, prior to 5:00 p.m. on December 19, 2007.



                                   _____/s/Morgan J. Milner_____
                                           An attorney

O:\FO104\41045-Coldren\PLDGS\NOM - Mot to Deposit.doc