# **CERTIFICATE OF LAWYER**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that a copy of the foregoing instrument was deposited in the United States Mail at Rockford, Illinois on January___, 2008, at or about the hour of 5:00 P.M., enclosed in an envelope, postage fully prepaid, addressed to the following:

DONALD A. MURDAY
MORGAN J. MILNER
Chittenden, Murday & Novotny LLC
303 W. Madison Street
Suite 1400
Chicago, IL 60606

DUSTIN COLDREN
402 Scott Street
Sweetwater, TN 37874-2720

                    ___/s/___Theodore Liebovich_____
                    Theodore Liebovich, Attorney for Laurie
                    Mueller, Executor of the Estate of Susan
                    Coldren, Defendant

Prepared by:

Attorney Theodore Liebovich
LIEBOVICH & WEBER, P.C.
415 South Mulford Road
P.O. Box 6066
Rockford, IL 61125-1066
815-226-8912