IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **THE INDEPENDENT ORDER OF FORESTERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.: 07-C-50242 |
| ) | |
| **THE ESTATE OF SUSAN COLDREN, and** ) | |
| ) | |
| **DUSTIN COLDREN** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF MOTION**

**To:**   Theodore Liebovich, Esq        Dustin Coldren
Liebovich & Weber, P.C.              603 Aqua St., Apt. 69
415 S. Mulford Road                  Athens, TN 37303
P.O. Box 6066
Rockford, IL  61125-1066

**PLEASE TAKE NOTICE** that on the **5th** day of **March, 2008**, at **1:30 p.m.** or as soon thereafter as this motion may be heard, I shall appear before the Honorable **Judge P. Michael Mahoney** or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the Northern District of Illinois, Western Division, **Room 206**, and then and there present the attached **The Independent Order of Foresters Motion to for Entry of A Final Decree of Interpleader,** a copy of which is attached hereto and hereby served upon you.

**DATED** this **19th** day of **February, 2008.**

                                                Respectfully submitted,

                                                THE INDEPENDENT ORDER OF FORESTERS**,**

                                                By:   __/s/Morgan J. Milner___
                                                           One of its Attorneys

Donald A. Murday
Morgan J. Milner
Chittenden, Murday & Novotny LLC
303 W. Madison Street
Suite 1400
Chicago, IL 60606
(312) 281-3600
O:\FO104\41045-Coldren\PLDGS\NOM - Mot Fin Decree.doc

*Certificate of Service*

I hereby certify that on **February 19, 2008** I electronically filed the foregoing Notice of Motion with the Clerk of the U.S. District Court, Northern District of Illinois, Western Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

>Theodore Liebovich, Esq
>Liebovich & Weber, P.C.
>415 S. Mulford Road
>P.O. Box 6066
>Rockford, IL  61125-1066
>liebovich-weber@insightbb.com

and to:

>Dustin Coldren
>603 Aqua St., Apt. 69
>Athens, TN 37303

by enclosing a copy in a sealed, correctly addressed, first-class postage prepaid envelope and depositing same in the U.S. Mail at 303 West Madison Street, Chicago, Illinois, prior to 5:00 p.m. on February 19, 2008.

**DATED** this **19th** day of **February, 2008.**

>  /s/ Morgan J. Milner
> CHITTENDEN, MURDAY & NOVOTNY LLC
> 303 West Madison Street, Suite 1400
> Chicago, Illinois  60606
> (312) 281-3600
> (312) 281-3678 (fax)
> mmilner@cmn-law.com

O:\FO104\41045-Coldren\PLDGS\NOM - Mot Fin Decree.doc