## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50242 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Independent Order of Foresters vs. Estate of Susan Coldren and Dustin Coldren | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Leave to Deposit Funds is granted. Plaintiff is given leave to deposit with the Clerk's Office plaintiff's admitted liability in the amount of $20,000. The Clerk of this Court is hereby directed to receive said sum, issue a receipt for same, and hold said sum pending further order of this Court. The Clerk of this Court is further directed to deposit the aforesaid sum into an interest bearing account, in keeping with the Clerk's normal practice, pending further order of this Court. No withdrawal from this deposit may be had without a court order. Plaintiff's motion for Entry of a Final Decree of Interpleader is continued to 3/19/08 at 1:30. Any party which fails to appear at the 3/19/08 hearing may be subjected to the entry of a default order.

Notices mailed by Judicial staff.

*/s/ P. Michael Mahoney*

| | Courtroom Deputy Initials: | JH |
|---|---|---|