# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

The Independent Order of Foresters

                Plaintiff,

v.

The Estate of Susan Coldren, and Dustin Coldren

                Defendant.

Case No.: 3:07−cv−50242

Honorable Frederick J. Kapala

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

    MINUTE entry before Judge Honorable P. Michael Mahoney: Plaintiff's Motion for entry of a final decree [14] is continued to Status hearing set for 4/16/2008 at 01:30 PM. Dustin Coldren given to 4/9/08 to retain counsel. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.