IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE INDEPENDENT ORDER OF FOSTERS,<br>      Plaintiff,<br>v.<br><br>THE ESTATE OF SUSAN COLDREN,<br>AND DUSTIN COLDREN,<br><br>      Defendants. | Case No. 07C50242 |

## ENTRY OF APPEARANCE

Attorney Kaycee I. Chadwick of HYZER, HYZER & JACOBS, hereby enters her appearance for the Defendant, DUSTIN COLDREN in the above-entitled cause.

Dated this _____ day of _____, 2008.

                                                      DUSTIN COLDREN,
                                                      Defendant.

                                                      Hyzer, Hyzer & Jacobs


                                                      By: /S/ Kaycee I. Chadwick

Prepared By:
Attorney Kaycee I. Chadwick
Hyzer, Hyzer & Jacobs
855 North Madison Street
Rockford, IL 61107-3095
815/965-3600