IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE INDEPENDENT ORDER OF FOSTERS,<br>      Plaintiff,<br>v.<br><br>THE ESTATE OF SUSAN COLDREN,<br>AND DUSTIN COLDREN,<br><br>      Defendants. | Case No. 07C50242 |

## NOTICE OF FILING

**TO:** Attorneys of Record

Please take note that on the 23rd day of April, 2008, I filed with the United States District Court, Northern District of Illinois, 211 South Court Street, Room 206 Rockford, IL 61101, Defendant Dustin Coldren's Answer to Plaintiff's Complaint, a copy which is hereby served upon you.

                                          DUSTIN COLDREN, Defendant
                                          BY: HYZER, HYZER & JACOBS

                                          BY: _____/S/ Kaycee I. Chadwick

PREPARED BY:
Attorney Kaycee I. Chadwick
HYZER, HYZER & JACOBS
855 N. Madison Street
Rockford, IL 61107
(815) 965-3600