IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE INDEPENDENT ORDER OF FORESTERS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) No.: 07-C-50242 ) |
| THE ESTATE OF SUSAN COLDREN, and | ) ) ) ) |
| DUSTIN COLDREN | ) ) |
| Defendants. | ) |

**STIPULATION REGARDING THE ENTRY OF
A FINAL DECREE OF INTERPLEADER**

It is hereby stipulated by and between the parties that The Independent Order of Foresters is entitled to a Final Decree of Interpleader in the form of the Stipulated Final Decree of Interpleader attached hereto as Exhibit A.

/s/ Kaycee I. Chadwick (with permission)
Kaycee I. Chadwick, Esq.
Hyzer, Hyzer & Jacobs
855 North Madison Street
Rockford, IL 61107-3095
*Counsel for Dustin Coldren*

/s/ Theodore Liebovich (with permission)
Theodore Liebovich, Esq.
Liebovich & Weber, P.C.
415 South Mulford Road
Rockford, IL 61108
*Counsel for The Estate of Susan Coldren*

/s/ Morgan J. Milner
Morgan J. Milner, Esq.
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, IL  60606
*Counsel for The Independent Order of Foresters*
O:\FO104\41045-Coldren\PLDGS\stipulation - FDI.doc