Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50242 | **DATE** | 5/14/2008 |
| **CASE TITLE** | INDEPENDENT ORDER vs. COLDREN | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Parties consent that the Magistrate Judge can enter order. Enter stipulated final decree of interpleader. Enter consent decree for dismissal with prejudice. The clerk's office to distribute funds as directed by agreed orders.

For further detail, see orders attached.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01



| | Courtroom Deputy Initials: | GG |
|---|---|---|