# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50242 | **DATE** | 5/23/2008 |
| **CASE TITLE** | INDEPENDENT ORDER OF FORESTERS vs. SUSAN COLDREN | | |

**DOCKET ENTRY TEXT:**

The clerk's office is directed to issue the $2,000.00 check for the Independent Order of Foresters to the Law Firm of Chittenden, Murday & Novotny, LLC.

*[Signature: Mahoney]*

Docketing to mail notices.

**FILED**

MAY 23 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

| | Courtroom Deputy Initials: | GG |
|---|---|---|